UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 14-01175 JVS (VBKx)                                    Date   August 8, 2014

Title   Steven Mazur v. CardinalCommerce Corporation et al

Present: The Honorable   James V. Selna

Karla J. Tunis                                                                 Not Present
Deputy Clerk                                                                 Court Reporter

Attorneys Present for Plaintiffs:                   Attorneys Present for Defendants:

Not Present                                                                 Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

      The Court, on its own motion, hereby ORDERS defendant(s), since this case was filed as a Notice of Removal, to show cause in writing no later than August 12, 2014, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

      As an alternative to a written response by defendant(s), the Court will consider the **delivery** , by August 12, 2014, of the required Mandatory Chambers Copies of the Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement, Certificate of Interested Parties, Proof of Service, Certificate of Service (Docket Nos. 1 through 6 and any attachments) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

:   00

Initials of Preparer   kjt