JOSEPH A. SCHWACHTER, Bar. No. 108124
SCOTT D. HELSINGER, Bar. No. 287178
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94018
Telephone:  415.433.1940
Facsimile:   415.399.7943
E-mail:        jschwachter@littler.com
                   shelsinger@gmail.com

Attorneys for Defendant
CARDINALCOMMERCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MAZUR,<br><br>             Plaintiff,<br><br>       v.<br><br>CARDINALCOMMERCE CORPORATION and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 8:14-cv-01175-JVS-VBK<br><br>**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION**<br><br>Complaint filed:  June 6, 2014 |
|---|---|

For good cause shown and pursuant to the stipulation of the Parties, it is hereby ordered that the Stipulated Protective Order become the order of this Court.

The use of Confidential information and documents in evidentiary proceedings and at trial is subject to the Order of the District Judge concerning use of this information and documents.

DATED: February 10, 2015           _____/s/_____
                                                           Victor B. Kenton
                                                    United States Magistrate Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.    Case No. 8:14-cv-01175-JVS-VBK
[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER